81,117-04

Cause No. 10-4100-B

| Paul Torres | X | In The 106th Judicial |
| v. | X | District Court of |
| The State of TEXAS | X | Gaines County, Texas |

Motion for an
Evidentiary Hearing

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, Paul Torres, T.D.C.J. #01681999 and files this Motion for an Evidentiary Hearing, and for cause will show as follows:

(1.)

Petitioner has filed an application for writ of hebeas corpus alleging, "10" Errors from Ineffective Counsel to Actual Innocence, and Duplictious Indictment. Resolution of these issues will require the the testimony of the Prosecutors, Defense Counsel, Law Enforcement officers, E.M.S. peronal, also, Doctor, Mark Jenkins M.D. . These issues are too complex and the testimony will be too detailed to resolve this proceeding by Affidavits.

Moreover, Petitioner is intitled to cross-examine the witnesses to ensure meaningful confrontation.

(2.)

Article 11.07 subsection 3(d) of the Criminal Code of Procedure provides that, ...

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 3-4-15
BY: PC

(I)F there are controverted facts in dispute, the Court may order an Evidentiary hearing in an effort to resolve the dispute.

An evidentiary hearing is required to resolve this proceeding, and the Court will need to observe the witnesses to evaluate their credibility.

(3.)

This case presents significant issues with far-reaching implications. These issues deserve careful considerations and can be fairly determine ONLY if Petitioner has the right to confront and cross-examine witnesses, see, Wilson v. Butler, 813 F.2d 664 (5th Cir). Evidentiary hearing required to determine wether Defense Counsel was Ineffective for failing to examine and investigate material records intered in to the evidence. See, Strickland v. Washington, 466 U.S. 668, 80 L.Ed2d.674.

Respectfully Submitted
Paul Torres #01681999

Date, Feburary 20, 2015

## (PRAYER)

Petitioner, prays that this Court of the 106th Judicial District of Texas, will take consideration of this Motion and have Petitioner brought back to said Court to resolve these issues.

## (CERTIFICATE OF SERVICE)

I Paul Torres #01681999, certify that, a true and correct copy of this forgoing Motion was sent by U.S. Mail to: The District Clerk of Gaines County, Texas at 101 S. Main RM- 311 Seminole, Texas 79360. And also to, Court of Criminal Appeals of Texas at, P.O. BOX 12308 Capitol Station, Austin, Texas 78711

Dated, Feburary 20, 2015

Respectfull
Paul Torres
TDCZ#01681999